**Michael SQUIREWELL, a/k/a Squirewell's Builders, Inc., Plaintiff–Appellant,**

v.

**SOUTH CAROLINA DEPARTMENT OF LABOR LICENSING AND REGULATION; Stanley Bowen, in their individual capacities; Charles Ido, in their individual capacities; STEPHEN DEER, in their individual capacities; Jerry Merritt, in their individual capacities, Defendants–Appellees,**

and

**Joseph Connell, in their individual capacities, Defendant.**

No. 11–2251.

United States Court of Appeals, Fourth Circuit.

Submitted: June 5, 2012.

Decided: July 11, 2012.

James E. Smith, Jr., James E. Smith, JR., P.A., Columbia, South Carolina, for Appellant. Lake E. Summers, Katherine Phillips, Malone, Thompson, Summers & Ott LLC, Columbia, South Carolina, for Appellees.

Before WILKINSON, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Squirewell appeals the district court's order granting the South Carolina Department of Labor, Licensing, and Regulation summary judgment on his claims of procedural and substantive due process, defamation, and malicious interference with contractual relations. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Squirewell v. S.C. Dep't of Labor, Licensing & Regulation,* No. 3:10–cv–01902–JFA, 2011 WL 4808260 (D.S.C. Oct. 11, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*